IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07mj32WC |
| | ) | |
| JORGE ALBERTO DEL CID | ) | |

## **ORDER**

On March 20, 2007, pursuant to Federal Rules of Criminal Procedure 5.1, the court held a preliminary examination in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense had been committed and that the defendant committed the offense. Accordingly, it is

ORDERED that the defendant be held in the custody of the United States Marshal and bound over to the grand jury for further action.

DONE this 21st day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE